UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PAIMAN RAHBARIAN and VERA DAVYDENKO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY OF CALIFORNIA; and DOES 1 TO 25,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02270-TLN-SCR<br><br>The Hon. Troy L. Nunley<br>Courtroom 2<br><br>Magistrate Judge Sean C. Riordan<br>Courtroom 27<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFFS' THIRD, FOURTH, FIFTH AND SIXTH CAUSES OF ACTION**<br><br>Complaint Filed:　　June 21, 2024 |

1  Pending before the Court is a Joint Stipulation to Dismiss Plaintiffs' Third, Fourth, Fifth and Sixth Causes of Action.  Good cause appearing, the Court **GRANTS** the joint stipulation and **DISMISSES** Plaintiffs' third, fourth, fifth and sixth causes of action.

The following causes of action are dismissed without prejudice: (1) Plaintiffs' third cause of action for "Breach of Fiduciary Duty," (2) Plaintiffs' fourth cause of action for "Breach of the Duty of Loyalty," (3) Plaintiffs' fifth cause of action for "Negligence," and (4) Plaintiffs' sixth cause of action for "Unfair Competition Under Business & Professions Code Sections 17200 et seq."

**IT IS SO ORDERED**.

Dated: July 2, 2025

_____
Troy L. Nunley
Chief United States District Judge